### SILICON IMAGE, INC.,
### Plaintiff–Appellee,

### v.

### GENESIS MICROCHIP INCORPORATED and Genesis Microchip (Delaware) Inc., Defendants–Appellants.

### No. 05–1538.

United States Court of Appeals, Federal Circuit.

April 6, 2006.

Before MAYER, LOURIE, and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.